# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Rosendin Holdings, Inc., et al.
Plaintiff

v.

Civil Action No.

ATI Trucking, LLC, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Greentree Transportation Company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

ATI Trucking LLC, Greentree Transportation Company, Transport Investments Inc., Transport Acquisition Inc., Transport Investments Delaware Inc., Transport Holdings LLC, The Hartford, Chester Sullivan Jr. d/b/a Sullivan Trucking, Rosendin Holdings Inc., Modular Power Solutions LLC, Brown & Fortunato P.C., Jared Barton, Matthew Sherwood, Benesch Friedlander Coplan & Aronoff LLP, Marc Blubaugh, Nicholas Lacie, Munck Wilson Mandala LLP, Patrick Whitaker

Date:          September 16, 2021

Signature:      *Jared Barton*

Print Name:     Jared W. Barton

Bar Number:     Texas Bar No. 24121513

Address:        905 S. Fillmore St., Suite 400

City, State, Zip:   Amarillo, Texas 79101

Telephone:      (806) 345-6357

Fax:            (806) 345-6363

E-Mail:         jbarton@bf-law.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons